## Commonwealth ex rel. Archibald C. Tipton *v.* Superintendent of House of Correction.

PER CURIAM, November 16, 1914:

The questions involved in this case as well as those in the case of Commonwealth of Pennsylvania ex rel. Thomas M. Thompson v. Superintendent of House of Correction are clearly and correctly answered in the opinion filed by Judge AUDENRIED in the latter case. For the reasons there given the judgment is affirmed and the relator is remanded.